UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONOVAN MCGEE,<br><br>Individually and on behalf of all others similarly situated,<br><br>                                  Plaintiff,<br><br>vs.<br><br>BARNES & NOBLE COLLEGE BOOKSELLERS, LLC; BARNES & NOBLE EDUCATION, INC.; CENGAGE LEARNING, INC.; FOLLETT HIGHER EDUCATION GROUP; MCGRAW HILL LLC; and PEARSON EDUCATION, INC.,<br><br>                                  Defendants. | CIVIL ACTION NO. 3:20-cv-06783<br><br>NOTICE OF APPEARANCE |

**TO:**   Clerk  of the Court and All Parties of Record

        **PLEASE TAKE NOTICE** that Stephanie D. Edelson, Esq. of the law firm of Riker Danzig Scherer Hyland & Perretti, LLP, hereby enters an appearance in this case on behalf of Defendants Cengage Learning, Inc., McGraw Hill LLC and Pearson Education, Inc.

| | |
|---|---|
| Dated: June 8, 2020 | Respectfully submitted,<br><br>By:   /s/ *Stephanie D. Edelson*<br>      Stephanie D. Edelson<br><br>RIKER, DANZIG, SCHERER, HYLAND<br> & PERRETTI LLP<br>Headquarters Plaza<br>One Speedwell Plaza<br>Morristown, New Jersey 07962-1981<br>Tel:  973-451-8426<br>Fax:  973-538-1984<br>*Attorneys for Defendants,* |

1

Cengage Learning, Inc., McGraw Hill LLC and Pearson Education, Inc.

2