UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONOVAN MCGEE,<br><br>Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>BARNES & NOBLE COLLEGE BOOKSELLERS, LLC; BARNES & NOBLE EDUCATION, INC.; CENGAGE LEARNING, INC.; FOLLETT HIGHER EDUCATION GROUP; MCGRAW HILL LLC; and PEARSON EDUCATION, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 3:20-cv-06783<br><br>**CERTIFICATION OF SERVICE OF NOTICE OF APPEARANCE** |

I hereby certify that on this 8th day of June 2020 a true and correct copy of the attached Notice of Appearance was served on counsel for Plaintiff via the Court's electronic filing system.

I certify that the foregoing statements are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: June 8, 2020

By: /s/ *Stephanie D. Edelson*
    Stephanie D. Edelson

RIKER, DANZIG, SCHERER, HYLAND
 & PERRETTI LLP
Headquarters Plaza
One Speedwell Plaza
Morristown, New Jersey 07962-1981
Tel: 973-451-8426
Fax: 973-538-1984
*Attorneys for Defendants,*
Cengage Learning, Inc., McGraw Hill LLC and Pearson Education, Inc.

1