# EXHIBIT A

**BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE:  INCLUSIVE ACCESS COURSE MATERIALS ANTITRUST LITIGATION | MDL No. 2946 |

**NOTICE OF RELATED ACTION**

Pursuant to Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned counsel hereby notifies the Panel of the following related action that was filed on June 3, 2020, and after the initial motion to transfer in this case:

Caption:   *Donovan McGee, et al. v. Barnes & Noble College Booksellers, LLC, et al*.

Court:     United States District Court for the District of New Jersey

Case No.:  3:20-cv-06783

Judge:     Unassigned.

A Schedule of Additional Action is attached as Exhibit 1.  Copies of the current docket sheet, complaint, and civil cover sheet in the *McGee* action are attached as Exhibit 2.  The *McGee* action involves substantially the same factual allegations and claims as those pending before the Panel in the above-captioned proceeding.

The *McGee* action has been marked as related to *Barabas, et al. v. Barnes & Noble College Booksellers, LLC, et al.*, No. 3:20-cv-02442-FLW-TJB, which Defendants identified in their initial Schedule of Actions.  Chief Judge Freda L. Wolfson is currently presiding over the *Barabas* action and seven other related actions, all of which are subject to these proceedings.  As of the time of this filing, the *McGee* action is unassigned to a judge.

Dated: June 4, 2020                                      Respectfully Submitted,

 /s/ *William F. Cavanaugh*                              /s/ *Eric Mahr*
William F. Cavanaugh, Jr.                                Eric Mahr
Saul B. Shapiro                                          Andrew J. Ewalt
Amy N. Vegari                                            Richard Snyder
PATTERSON BELKNAP WEBB &                                 FRESHFIELDS BRUCKHAUS
TYLER LLP                                                DERINGER US LLP
1133 Avenue of the Americas                              700 13th Street NW, 10th Floor
New York, New York 10036                                 Washington, DC 20005-3960
Tel: (212) 336-2000                                      Tel: (202) 777-4500
Fax: (212) 336-2222                                      Fax: (202) 777-4555
wfcavanaugh@pbwt.com                                     eric.mahr@freshfields.com
sbshapiro@pbwt.com                                       andrew.ewalt@freshfields.com
avegari@pbwt.com                                         richard.snyder@freshfields.com

*Counsel for Defendant McGraw Hill LLC*                  *Counsel for Defendant Cengage Learning, Inc.*


 /s/ *Michael Dockterman*                                /s/ *Craig C. Martin*
Michael Dockterman                                       Craig C. Martin
STEPTOE & JOHNSON LLP                                    Matt D. Basil
227 W. Monroe Street, Suite 4700                         WILLKIE FARR & GALLAGHER LLP
Chicago, Illinois 60606                                  300 North LaSalle Street
Tel: (312) 577-1300                                      Chicago, Illinois 60654
Fax: (312) 577-1370                                      Tel: (312) 728-9000
mdockterman@steptoe.com                                  Fax: (312) 728-9199
                                                         cmartin@willkie.com
Jennifer Quinn-Barabanov                                 mbasil@willkie.com
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW                               *Counsel for Defendant Follett Higher Education Group, Inc.*
Washington, DC 20036
Tel: (202) 429-3000
Fax: (202) 429-3902
jquinnba@steptoe.com

*Counsel for Defendant Pearson Education, Inc.*

2

/s/ *Rachel S. Brass*
Rachel S. Brass
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Tel: (415) 393-8293
Fax: (415) 374-8429
rbrass@gibsondunn.com

Adam J. Di Vincenzo
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel: (202) 887-3704
Fax: (202) 530-9615
adivincenzo@gibsondunn.com

*Counsel for Defendants Barnes & Noble Education, Inc. and Barnes & Noble College Booksellers, LLC*