Stephanie D. Edelson, Esq.
Attorney ID #028431985
RIKER DANZIG SCHERER HYLAND PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800
*Attorneys for Defendants, Cengage Learning, Inc., McGraw Hill LLC and Pearson Education, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DONOVAN MCGEE, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BARNES & NOBLE COLLEGE BOOKSELLERS, LLC, BARNES & NOBLE EDUCATION, INC., CENGAGE LEARNING, INC., FOLLETT HIGHER EDUCATION GROUP, MCGRAW HILL LLC; and PEARSON EDUCATION, INC.,<br><br>Defendants. | CIVIL ACTION NO. 3:20-cv-06783 (FLW; TJB)<br><br>Hon. Freda L. Wolfson, U.S.C.D.J.<br><br>Hon. Tonianne J. Bongiovanni, U.S.M.J.<br><br>**ORDER GRANTING STAY** |

    **THIS MATTER**, having been opened to the Court upon the application of Defendants Cengage Learning, Inc., McGraw Hill LLC, and Pearson Education, Inc. (the "Publishers"), by and through their attorneys, Riker Danzig Scherer Hyland & Perretti LLP, and by Barnes & Noble College Booksellers, LLC, Barnes & Noble Education, Inc., and Follett Higher Education Group (collectively with "Publishers," referred to as "Defendants"), for an Order staying all proceedings in this case until after a decision on a pending application to the Judicial Panel on Multidistrict Litigation ("JPML") seeking to transfer this case to the U.S. District Court for the District of Delaware pursuant to 28 U.S.C. §1407 for coordinated or

2

consolidated pretrial proceedings; and the Court having previously entered a stay of other cases against Defendants pending application to the JPML; and Defendants having represented that Plaintiff has no objection to the request for a stay; and the Court having considered the papers in support of the application; and for good cause shown;

**IT IS** on this 8th day of June, 2020,

**ORDERED** that Defendants' motion for a stay be and hereby is **GRANTED**; and it is

**FURTHER ORDERED** that all actions, proceedings, motions, or any other process in McGee v. Barnes & Noble College Booksellers is hereby stayed pending a decision of the JPML and further Order of this Court.

/s/ Freda L. Wolfson
HON. FREDA L. WOLFSON, U.S.D.C.J